
RECEIVED
BY:
FEB 2 7 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| AVRAM CIMERRING | CIVIL ACTION NO. 07-0670 |
| versus | JUDGE DONALD E. WALTER |
| ORIX CAPITAL MARKETS, LLC. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

Before this Court is Avram Cimerring's appeal from the Bankruptcy Court's Order, signed February 23, 2007, granting the Cross-Motion for Summary Judgment filed by the Trust,[1] and denying Avram Cimerring's Motion for Summary Judgment and Objection to the Trust's proof of claim. After having reviewed the entire record on appeal and the appellate briefs, this Court:

(1) finds that the Bankruptcy Court had authority to grant the Trust's cross-motion pursuant to Bankruptcy Rule 7056 which would apply regardless of whether the validity of the Trust's claim was before the Bankruptcy Court as a contested matter under Bankruptcy Rule 9014 or as an adversary proceeding under Bankruptcy Rule 7001; and

(2) adopts the findings of the Bankruptcy Court as stated in open court at the hearing held on February 5, 2007.

---

[1] "The Trust" is Wells Fargo Bank, N.A. (successor to Wells Fargo Bank Minnesota, N.A.), Trustee for Certificateholders Under That Certain Pooling Service Agreement Dated and Effective November 1, 1999, Related to the Mortgage Pass-Through Certificates Series 1999-C1 ("Wells Fargo"), appearing by and through Special Servicer, ORIX Capital Markets, LLC ("ORIX").

Accordingly, **IT IS ORDERED** that the Bankruptcy Court Order granting the Trust's Cross-Motion for Summary Judgment, and denying Cimerring's Motion for Summary Judgment and Objection to the Trust's proof of claim be and is hereby **AFFIRMED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 26 day of February, 2008.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE